Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Tiffany G. Jensen, Esq. (SBN: 256842)
tiffany@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiffs
Mark and Lori Roberts

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Mark and Lori Roberts<br><br>                           Plaintiffs,<br>v.<br><br>CMRE Financial Services<br><br>                           Defendant. | **Case No: 09-CV-0578-MMA-NLS**<br><br>**SATISFACTION OF JUDGMENT**<br><br>Hon. Michael M. Anello |
|---|---|

//
//
//
//
//
//
//
//

## SATISFACTION OF JUDGMENT

This is to acknowledge that the judgment of the $4500 award to plaintiff has been paid and satisfied in full.

Date: November 4, 2009                           **Hyde & Swigart**

                                                            By: s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiffs

**Hyde & Swigart**
San Diego, California